**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHARLES COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:16-cv-04237-GAM |
| | ) | |
| COLORADO TECHNICAL UNIVERSITY, | ) | Honorable Gerald A. McHugh |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Colorado Technical University, Inc., pursuant to Rule 56 of the Federal Rules of Civil Procedure, by and through its counsel, hereby moves for summary judgment in its favor on Plaintiff Charles Coleman's claim that Colorado Technical University violated the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq.* The bases for Colorado Technical University, Inc.'s Motion for Summary Judgment are set forth in the concurrently filed Memorandum of Law in Support of Defendant's Motion for Summary Judgment, Statement of Undisputed Facts in Support of Defendant's Motion for Summary Judgment, and supporting exhibits.

WHEREFORE, for the reasons set forth in its Memorandum of Law in Support of this Motion, Colorado Technical University, Inc. respectfully requests that the Court grant its Motion for Summary Judgment in its entirety, and dismiss all of Plaintiff's claims against Defendant with prejudice.

1

2

Dated: April 4, 2017

By:   /s/ Terance A. Gonsalves
      Terance A. Gonsalves
      Katten Muchin Rosenman LLP
      525 West Monroe Street
      Chicago, IL 60661-3693
      (312) 902-5200 (Phone)
      (312) 902-1061 (Fax)

      Adam G. Silverstein, Esquire
      PA Attorney I.D. 70201
      2700 Kelly Road, Suite 300
      Warrington, PA 18976
      (215) 345-7500 (Phone)
      (215) 345-7507 (Facsimile)

      *Counsel for Defendant,*
      *Colorado Technical University, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2017, a copy of the foregoing ***Defendant's***

***Motion for Summary Judgment*** was filed via the court's CM/ECF system, which will send

notice to all counsel of record addressed as follows:

Amy Lynn Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
aginsburg@creditlaw.com


/s/ Terance A. Gonsalves

US_125463501