# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES COLEMAN, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 16-4237 |
| | : | |
| COLORADO TECHNICAL UNIVERSITY, | : | |
| Defendant. | : | |

## ORDER

This 1st day of June, 2017, upon consideration of Defendant Colorado Technical University's Motion for Summary Judgment, Plaintiff Charles Coleman's Response thereto, and Defendant's Reply, as well as the pending discovery-related motion and briefing on that motion, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Protective Order and to Strike Discovery Requests (Dkt. 25) is **DENIED**.

2. Defendant's Motion for Summary Judgment (Dkt. 16) is **GRANTED**.

      /s/ Gerald Austin McHugh
United States District Judge