IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES COLEMAN | : | CIVIL ACTION |
| v. | : | |
| COLORADO TECHNICAL UNIVERSITY | : | NO. 16-cv-4237 |

## JUDGMENT

**AND NOW**, this 30th day of January, 2018, judgment is hereby entered in favor of Colorado Technical University, and against Charles Coleman, in the amount of $809.80.

JAN 30 2018

**KATE BARKMAN**
**Clerk of Court**

By: _____

**Kevin A. Dunleavy, Esquire**
**Staff Attorney to the Clerk of Court**